WATZELHAM, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Ruth Watzelham, an

infant, etc., against the New York Telephone Company. No opinion. Motion denied, without costs. See, also, 153 App. Div. 913, 137 N. Y. Supp. 1148.